Donald G. Grant, OSB NO. 860417
Washougal Town Square, Suite 245
1700 Main Street
Washougal, WA 98671
TEL:  (360) 694-8488
FAX:  (360) 694-8688
E-MAIL: don@dongrantps.com
   Of Counsel for Defendant Barclays
         Bank Delaware

# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## PORTLAND DIVISION

| | |
|---|---|
| LYNNE STEWART,<br><br>    Plaintiff,<br><br>v.<br><br>BARCLAYS BANK DELAWARE; and DOES 1 through 100 inclusive,<br><br>Defendants. | Case No. 2:18-cv-01072-SU<br><br>STIPULATED MOTION FOR BINDING ARBITRATION AND STAY OF ACTION<br><br>**EXPEDITED HEARING REQUESTED [LR 7-1(g)]** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff LYNNE STEWART ("Plaintiff") and Defendant BARCLAYS BANK DELAWARE ("Defendant") (collectively, the "Parties"), through their counsel of record, hereby stipulate as follows:

WHEREAS, on or about June 20, 2018, Plaintiff filed a Complaint in the United States District Court for the District of Oregon, Portland Division, entitled *Lynne Stewart v. Barclays Bank Delaware*, Case No. 2:18-cv-01072-SU against Defendant;

WHEREAS, the Complaint asserts a cause of action against Defendant for violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq.*;

WHEREAS, Plaintiff and Defendant previously entered into a valid agreement ("Arbitration Agreement") to arbitrate all disputes;

WHEREAS, the Parties hereby stipulate as follows:

Pursuant to the Arbitration Agreement, Plaintiff and Defendant hereby stipulate to binding arbitration before the American Arbitration Association. The Parties also stipulate to stay the action in its entirety pending completion of the arbitration.

**IT IS SO STIPULATED.**

DATED: September 4, 2018.

/s/ Donald G. Grant
Donald G. Grant, OSB No. 860417
Of Counsel for Defendant Barclays Bank Delaware

Donald G. Grant, P.S.
Attorneys and Counselors at Law
Washougal Town Square, Suite 245
1700 Main Street
Washougal, WA 98671
TEL: (360) 694-8488
FAX: (360) 694-8688
E-MAIL: don@dongrantps.com

/s/ Kyle Schumacher
KYLE SCHUMACHER, OSB No. 121887
Of Counsel for Plaintiff Lynne Stewart

Kyle Schumacher, OSB No. 121887
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste. 200
Roseville, CA 95661
TEL: (408) 279-2288
FAX: (408) 279-2299
E-MAIL: kscumacher@sagarialaw.com

STIPULATED MOTION FOR BINDING ARBITRATION AND STAY OF ACTION
(Case No. 2:18-cv-01072-SU)

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that I served the preceding pleading on September, 2018, as follows:

Kyle Schumacher, OSB No. 12188
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste. 200
Roseville, CA 95661
TEL: (408) 279-2288
FAX: (408) 279-2299
E-MAIL:  kscumacher@sagarialaw.com

_x_     by electronic means through the Court's Case Management/ Electronic Case File (CME/ECF) system on the date set forth below; and

___     by directly e-mailing a true copy thereof to his or her e-mail address listed above.

___     by mailing a true copy of the pleading to the plaintiff at his address listed above.

                         DATED: September 4, 2018.


                         /s/ Donald G. Grant
                         DONALD G. GRANT

STIPULATED MOTION FOR BINDING ARBITRATION AND STAY OF ACTION
(Case No. 2:18-cv-01072-SU)