Donald G. Grant, OSB NO. 860417
Washougal Town Square, Suite 245
1700 Main Street
Washougal, WA 98671
TEL: (360) 694-8488
FAX: (360) 694-8688
E-MAIL: don@dongrantps.com
  Of Counsel for Defendant Barclays
    Bank Delaware

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**PORTLAND DIVISION**

| | |
|---|---|
| LYNNE STEWART,<br><br>Plaintiff,<br><br>v.<br><br>BARCLAYS BANK DELAWARE; and DOES 1 through 100 inclusive,<br><br>Defendants. | Case No. 2:18-cv-01072-SU<br><br>STIPULATED MOTION TO DISMISS COMPLAINT WITHOUT PREJUDICE [AND PROPOSED ORDER OF DISMISSAL]<br><br>**EXPEDITED HEARING REQUESTED [LR 7-1(g)]** |

I. <u>STIPULATED MOTION FOR DISMISSAL</u>.

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff LYNNE STEWART ("Plaintiff") and Defendant BARCLAYS BANK DELAWARE ("Defendant"), the parties hereto, through their counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiff served her Complaint commencing this action on July 18, 2018;

WHEREAS, the parties have now agreed to the dismissal of the Complaint without prejudice and without an award of attorneys fees and costs to either party;

WHEREAS, the parties hereby stipulate as follows:

The Court shall dismiss the Complaint filed by Plaintiff herein without prejudice and without an award of attorneys fees and costs to either party pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

DATED: January 28, 2020

/s/ Donald G. Grant
Donald G. Grant, OSB No. 860417
Of Counsel for Defendant Barclays Bank Delaware

Donald G. Grant, P.S.
Attorneys and Counselors at Law
Washougal Town Square, Suite 245
1700 Main Street
Washougal, WA 98671
TEL: (360) 694-8488
FAX: (360) 694-8688
E-MAIL: don@dongrantps.com

/s/ Kyle Schumacher
KYLE SCHUMACHER, OSB No. 121887
Of Counsel for Plaintiff Lynne Stewart

Kyle Schumacher, OSB No. 12188
Attorney at Law
227 N. Loop 1604 E. Suite 130
San Antonio, TX 78232
FAX: (408) 279-2299
E-MAIL: kschumacher@perryshieds.com

II. ORDER OF DISMISSAL

IT IS SO ORDERED:

Dated: January 28, 2020          /s/ Patricia Sullivan
                                 Magistrate Judge Patricia Sullivan

MOHB042.MOT3.wpd
STIPULATED MOTION TO DISMISS
[AND PROPOSED ORDER] - 2
(Case No. 2:18-cv-01072-SU)